for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.

No. 556. GARFIELD A. STREET *v.* EMILY M. STUBBLEFIELD, EXECUTRIX. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles H. Merillat* for petitioner. *Messrs. E. C. Brandenburg, C. A. Brandenburg* and *Louis M. Denit* for respondents.

No. 557. ARTHUR L. BISBEE ET AL. *v.* MIDLAND LINSEED PRODUCTS COMPANY ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. V. Mercer* for petitioners. *Mr. John Junell* for respondents.

No. 560. AUTO MOTIVE EQUIPMENT COMPANY ET AL. *v.* THE CONNECTICUT TELEPHONE & ELECTRIC COMPANY, INCORPORATED. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Wylie C. Margeson* and *Wm. H. Davis* for petitioners. *Mr. George H. Mitchell* for respondent.

No. 562. LEON KANNER ET AL. *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Leon Kanner, pro se,* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.